STATE v. McCULLOUGH

No. 241P86.

Case below: 79 N.C. App. 541.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 6 May 1986.

STATE v. McLAURIN

No. 249P86.

Case below: 80 N.C. App. 167.

Petition by defendant for writ of supersedeas and temporary stay denied 22 April 1986.

STATE v. MARRERO-ALDAMA

No. 157P86.

Case below: 79 N.C. App. 571.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 May 1986. Temporary stay entered by this Court pending consideration of the substantive petition in this case dissolved 6 May 1986.

STATE v. SHOEMAKER

No. 243P86.

Case below: 80 N.C. App. 95.

Petition by defendant for writ of supersedeas and temporary stay denied 17 April 1986.

STATE v. TAFT

No. 250P86.

Case below: 80 N.C. App. 168.

Petition by defendant for writ of supersedeas and temporary stay of the judgment of the Court of Appeals denied 23 April 1986.